UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ DEC 10 2004 ★

BROOKLYN OFFICE

ORDER
MDL-1596

Jack B. Weinstein, Senior United States District Judge:

After a hearing Peter Woodin, Esq., an accomplished dispute resolution professional with extensive experience in the negotiation, settlement and administration of complex, multi-party ligitagion, was appointed special master to conduct and expedite discovery, pursuant to oral directions.

Without objection a trial date was set for December 5, 2005.

SO ORDERED.

s/Jack B. Weinstein
Jack B. Weinstein

Dated: December 2, 2004
       Brooklyn, New York

