FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 29 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

JUDGMENT
04-MD-1596 (JBW)

-----------------------------------------------------------------X

THIS DOCUMENT RELATES TO:

*Maria Lopez v. Eli Lilly & Co.*, 05-cv-2136

-----------------------------------------------------------------X

An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on August 17, 2005, granting Allan Berger and John D. Sileo of Allan Berger & Associates, P.L.C. motion to withdraw as counsel of record in the action; dismissing the case for failure to prosecute with leave to reinstate with an affidavit by new counsel within one year; and ordering that no costs or disbursements are awarded; it is

ORDERED and ADJUDGED that Allan Berger and John D. Sileo of Allan Berger & Associates, P.L.C. motion to withdraw as counsel of record in the action is granted; that the case is dismissed for failure to prosecute with leave to reinstate with an affidavit by new counsel within one year; and that no costs or disbursements are awarded.

Dated: Brooklyn, New York
August 17, 2005

ROBERT C. HEINEMANN
Clerk of Court