UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 29 2005 ★
BROOKLYN OFFICE

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

JUDGMENT
04-MD-1596 (JBW)

-----------------------------------------------------------------X

THIS DOCUMENT RELATES TO:

*Aileene Frye v. Eli Lilly & Co.*, 1:05-cv-1458

-----------------------------------------------------------------X

An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on August 17, 2005, granting Tobias L. Millroad and Hal J. Kleinman with the law firm of Schiffrin & Barroway, LLP, along with Mark Esposito and Thomas Schilling, PLLC, motion to withdraw as counsel of record in the action; dismissing the case for failure to prosecute with leave to reinstate with an affidavit by new counsel within one year; and ordering that no costs or disbursements are awarded; it is

ORDERED and ADJUDGED that Tobias L. Millroad and Hal J. Kleinman with the law firm of Schiffrin & Barroway, LLP, along with Mark Esposito and Thomas Schilling with the law firm of Schilling & Espositio, PLLC, motion to withdraw as counsel of record in the action is granted; that the case is dismissed for failure to prosecute with leave to reinstate with an affidavit by new counsel within one year; and that no costs or disbursements are awarded.

Dated: Brooklyn, New York
August 17, 2005

ROBERT C. HEINEMANN
Clerk of Court