UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

MEMORANDUM
& ORDER
MDL-1596

-----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS
-----------------------------------------------------------x

Jack B. Weinstein, Senior United States District Judge:

By letters dated June 28, 2006, the Attorneys General of Ohio and Tennessee have requested an adjournment of the hearing scheduled for tomorrow regarding prospective Medicaid and Medicare liens. If an adjournment is not granted, they request that they be permitted to attend the hearing by telephone.

Attendance by telephone should be arranged with Case Coordinator June Lowe at 718-613-2525. Postponement of the hearing is not possible since so many attorneys from all over the country are involved.

After the hearing, the court will accept a prompt written submission by the Attorneys General of Ohio and Tennessee. Alternatively, the Attorneys General may move to withhold all payments to residents of their respective states.

SO ORDERED.

Jack B. Weinstein

Dated: June 28, 2006
       Brooklyn, New York

