FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 28 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re: ZYPREXA                                    MEMORANDUM and
PRODUCTS LIABILITY LITIGATION                     ORDER

-------------------------------------------------------x
                                                  04-MD-1596 (JBW)

THIS DOCUMENT RELATES TO:

ALL ACTIONS

-------------------------------------------------------x

APPEARANCES:

For the Plaintiffs:       SEEGER WEISS, LLP
                          One William Street
                          New York, New York 10004
                          BY:   CHRISTOPHER A. SEEGER
                                DONALD A. ECKLUND

                          MILBERG WEISS
                          One Penn Plaza
                          New York, New York 10119
                          BY:   MELVYN I. WEISS

                          DOUGLAS & LONDON
                          111 John Street
                          New York, New York 10038
                          BY:   MICHAEL A. LONDON

                          THE GARRETSON LAW FIRM
                          9545 Kenwood Road
                          Cincinnati, Ohio 45242
                          BY:   MATT L. GARRETSON

                          HERSH & HERSH
                          2080 Opera Plaza
                          601 Van Ness Avenue
                          San Francisco, Ca. 94102

1



BY: NANCY HERSH

RICHARDSON, PATRICK WESTBROOK
    & BRICKMAN, LLC
1037 Chuck Dawley Blvd
Post Office Box 1007
Mt. Pleasant, South Carolina 29464
BY: H. BLAIR HAHN
    THOMAS D. ROGERS

LAINER LAW FIRM, PLLC
126 East 56th Street, 6th Floor
New York, New York 10022
BY: RICHARD D. MEADOW

ABRAHAM, WATKINS, NICHOLS, SORRELS,
    MATTHEWS & FRIEND
800 Commerce Street
Houston, Texas 77002
BY: DAVID P. MATTHEWS

HENINGER GARRISON DAVIS LLC
2224 1st Avenue North
Birmingham, Alabama 35203
BY: LEW GARRISON

BURG SIMPSON ELDREDGE HERSH JARDINE, PC
40 Inverness Drive East
Englewood, Colorado 80112
BY: SETH A. KATZ
    MICHAEL BURG

FIBICH, HAMPTON & LEEBRON, LLP
Five Houston Center
1401 McKinney Street, Suite 1800
Houston, Texas 77010
BY: TOMMY FIBICH

REICH & BINSTOCK
4266 San Felipe Suite 1000
Houston, Texas 77027
BY: DEBORAH LEPOW ZIEGLER

PARKER & WAICHMAN
111 Great Neck Road
Great Neck, New York 11021
BY:   JASON MARK
       JERROLD S. PARKER
       HERBERT L. WAICHMAN

ALEXANDER HAWES, & AUDET, LLP
221 Main Street
Suite 1460
San Francisco, California 94105
BY:   WILLIAM M. AUDET

HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street
Cambridge, Massachusetts 02142
BY:   THOMAS M. SOBOL

SIMMONS COOPER LLC
707 Berkshire
East Alton, Illinois 62024
BY:   ERIC TERRY
TOR A. HOERMAN

MILLER & ASSOCIATES
105 North Alfred Street
Alexandria, Virginia 22314
BY:   MICHAEL MILLER
       CHRISTOPHER IDE

LEVIN, PAPANTONIO
316 South Baylen Street Suite 600
Pensacola, Florida 32502
BY:   KIMBERLEY LAMBERT
       TROY RAFFERTY

THE BEASLEY FIRM
The Beasley Building
1125 Walnut Street
Philadelphia, Pennsylvania 19107

BY: NANCY G. RHOADS

WEITZ & LUXENBERG
180 Maiden Lane
New York, New York 10038
BY: DAVID L. ROSENBAND
PERRY WEITZ

WHATLEY DRAKE & KALLAS, LLC
2323 2nd Avenue North
Birmingham, Alabama 35203
BY: W. TODD HARVEY

BAILEY PERRIN BAILEY LLP
440 Louisiana Street Suite 2100
Houston, Texas 77002
BY: MICHAEL W. PERRIN

HOLLIS & WRIGHT, PC
1750 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
BY: KATHRYN S. HARRINGTON

HANLY CONROY BIERSTEIN SHERIDAN
    FISHER & HAYES, LLP
112 Madison Avenue
New York, New York 10016
BY: JAYNE CONROY

ASHCRAFT & GEREL
2000 L Street NW Suite 400
Washington, D.C. 20036
BY: MICHAEL HEAVISIDE

ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive 7th Floor
Newport Beach, California 92660
BY: MARK ROBINSON

LOPEZ, HODES, RESTAINO, MILMAN
    & SKIKOS
450 Newport Center Drive 2nd Floor

|  | Newport Beach, California 92660 |
|---|---|
|  | BY: RAMON ROSSI LOPEZ |

| For the Defendant: | PEPPER HAMILTON, LLP |
|---|---|
|  | 3000 Two Logan Square |
|  | Eighteenth & Arch Sts. |
|  | Philadelphia, Pennsylvania 19103 |
|  | BY: ANDREW R. ROGOFF |
|  |      GEORGE A. LEHNER |
|  |      NINA GUSSACK |
|  | |
|  | MCCARTER & ENGLISH |
|  | 245 Park Avenue |
|  | New York, New York 10167 |
|  | BY: SAMUEL J. ABATE, JR |

| For the Federal Government: | OFFICE OF THE UNITED STATES ATTORNEY |
|---|---|
|  | Eastern District of New York |
|  | BY: MICHAEL GOLDBERGER |
|  | |
|  | CENTERS FOR MEDICARE AND MEDICAID SERVICES |
|  | BY: BARBARA WRIGHT |

| For the States: | STATE OF ALASKA |
|---|---|
|  | BY: JEFF STONE |
|  | |
|  | ARKANSAS DEPARTMENT OF HEALTH AND HUMAN SERVICES |
|  | P.O. Box 1437 |
|  | Little Rock, Arkansas 72203 |
|  | BY: RICHARD DAHLGREN |
|  | |
|  | CALIFORNIA DEPARTMENT OF HEALTH SERVICES |
|  | BY: DIANA GHILARDUCCI |

DAVID R. MILLER

STATE OF CALIFORNIA DEPARTMENT
    OF JUSTICE
Office of the Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
110 West "A" Street Suite 1100
San Diego, California 92101
BY:  ELISEO SISNEROS
     BRIAN V. FRANKEL

STATE OF CONNECTICUT
BY:  ROBERT B. TEITELMAN

DISTRICT OF COLUMBIA MEDICAID
    FRAUD CONTROL UNIT
BY:  JANE DRUMMEY
     JOEL ARMSTRONG

OFFICE OF THE FLORIDA ATTORNEY
    GENERAL
Medicaid Fraud Control Unit
Plaza Level-01, The Capitol
Tallahassee, Florida 32399-1050
BY:  MARK S. THOMAS

STATE OF INDIANA ATTORNEY GENERAL
Medicaid Fraud Control Unit
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
BY:  EDWARD A. MILLER
     DANIEL MILLER

KANSAS HEALTH POLICY AUTHORITY
Landon State Office Building, Room 900-N
900 SW Jackson
Topeka, Kansas 66612-1220
BY:  ROBERT R. HILLER, JR.

OFFICE OF THE KENTUCKY ATTORNEY
    GENERAL
1024 Capital Center Drive, Suite 200

Frankfort, Kentucky 40601-8204
BY:   C. DAVID JOHNSTONE


LOUISIANA DEPARTMENT OF HEALTH
      AND HOSPITALS
Bureau of Legal Services
BY:   LAVON RAYMOND-JOHNSON
      WELDON HILL II

MARYLAND DEPARTMENT OF HEALTH
      AND MENTAL HYGIENE
300 W. Preston Street, Suite 302
Baltimore, Maryland 21201
BY:   LORIE MAYORGA

OFFICE OF THE ATTORNEY GENERAL
      OF MICHIGAN
P.O. Box 30758
Lansing, Michigan 48909
BY:   BILL MORRIS

OFFICE OF THE MISSISSIPPI ATTORNEY
      GENERAL
Counsel for the Division of Medicaid
Robert E. Lee Building, Suite 801
239 North Lamar Street
Jackson, Mississippi 39201-1399
BY:   CHUCK QUARTERMAN

NEW YORK STATE DEPARTMENT OF
      HEALTH
Bureau of Medicaid Law
Nelson A. Rockefeller Empire State Plaza
Albany, New York 12237
BY:   GREGOR N. MACMILLAN

NEW YORK STATE OFFICE OF THE
      ATTORNEY GENERAL
120 Broadway
New York, New York 10271
BY:   MARIE SPENCER

STATE OF NORTH CAROLINA
Department of Health and Human Services
Division of Medical Assistance
P.O. Box 629
Raleigh, North Carolina 27602
BY: SUSANNAH P. HOLLOWAY

OHIO ATTORNEY GENERAL
Health Care Fraud Section
150 East Gay Street 17th Floor
Columbus, Ohio 43215
BY: DREW DUFFY

OHIO DEPARTMENT OF JOBS AND
    FAMILY SERVICES
BY: JULIANE BARONE
    KATHERINE BENEDICT

OREGON DEPARTMENT OF JUSTICE
BY: MARILYN K. ODELL

PUBLIC CONSULTING GROUP
BY: KATHERINE BENEDICT

SOUTH CAROLINA DEPARTMENT OF
    HEALTH AND HUMAN SERVICES
BY: GEORGE BURNETT

TENNESSEE ATTORNEY GENERAL'S
    OFFICE
P.O. Box 20207
Nashville, Tennessee 37202
BY: MICHAEL K. BASSHAM
    PETER COUGHLAN

COMMONWEALTH OF VIRGINIA OFFICE
    OF THE ATTORNEY GENERAL
Medicaid Fraud Control Unit
900 East Main Street
Richmond, Virginia 23219
BY: ERICA JOANNA BAILEY
    TRACEY STITH
    ANGELA BENJAMIN-DANIELS

WISCONSIN DEPARTMENT OF JUSTICE
P.O. Box 7857
Madison, Wisconsin 53707-7857
BY: RICHARD A. VICTOR

For the Special Masters:  KENNETH R. FEINBERG
The Feinberg Group
The Willard Office Building
1455 Pennsylvania Avenue, NW
Suite 390
Washington, DC 20004-1008

Jack B. Weinstein, Senior United States District Judge

By letter dated September 22, 2006, the Attorney General of California (by the Honorable Brian V. Frankel) for the Bureau of Medi-Cal Fraud & Elder Abuse, State of California Department of Justice, poses the following question regarding interpretation of this court's order of September 11, 2006:

> I understand the Order to say that for states which had agreed to a traditional resolution of their liens, if a state had a statute capping the state's contribution of attorney's fees, then the state's statute would be followed, and the percentage of contribution specified in the state statute would control the state's contribution in the current action. Therefore, using California as an example, California's liens would be reduced by 25%, in accordance with California's applicable statute mandating a 25% reduction.

This interpretation, subject to argument of any interested party or entity, is correct. This interpretation applies to Kansas, Wyoming, California, Florida, Michigan, South Dakota, Texas

and Indiana, which should contribute attorneys' fees and costs in the percentages specified in their state statutes. *See* order of September 11, 2006, p. 41.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Dated: Brooklyn, New York
September 26, 2006