UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

MEMORANDUM
AND ORDER
04-MD-01596 (JBW)

-----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 1 2 2006 ★
P.M. _____
TIME A.M. _____

Jack B. Weinstein, Senior United States District Judge:

The Plaintiffs' Executive Committee and the Plaintiffs' Steering Committee have moved for an order establishing a common benefit fund. The motion will be heard on November 1, 2006, at 11:30 a.m. Anyone may be heard in person, or by telephone upon arrangements made with case manager June Lowe, at 718-613-2525.

Defendant Eli Lilly shall, to the extent practicable, promptly serve on the Plaintiffs' Steering Committee a list of all attorneys who represent plaintiffs in state Zyprexa cases, and state judges presiding over those cases. The Plaintiffs' Steering Committee shall serve notice of its motion and supporting papers, by mail, fascimile, e-mail or other appropriate method, on the attorneys and state judges named by Eli Lilly.

SO ORDERED.

Jack. B. Weinstein

Dated: October 11, 2006
       Brooklyn, New York

