# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br><br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

August 29, 2006

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

*Heidi Treiber v. Janssen Pharmaceutica, L.P., et al.,* E.D. Missouri, C.A. No. 4:05-2292
*Cammy Stover v. Janssen Pharmaceutica, L.P., et al.,* E.D. Missouri, C.A. No. 4:06-238

Dear Mr. Woodward:

I am enclosing certified copies of two orders filed today by the Panel involving the above-captioned matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Enclosure

cc: Transferee Judge: Judge Jack B. Weinstein
    Transferor Judges: Judge David D. Noce; Judge Carol E. Jackson; Judge Henry Edward Autrey

JPML Form 87



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 9 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*Cammy Stover v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:06-238

## ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE SEPTEMBER 28, 2006 HEARING SESSION

A conditional transfer order was filed in this action (*Stover*) on June 21, 2006. Prior to expiration of that order's 15-day stay of transmittal, defendants Dr. Thomas N. Thomas and Dr. Alok Jain filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Stover* was remanded to the Circuit Court for the City of St. Louis, Missouri, by the Honorable Henry Edward Autrey in an order filed on August 25, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-55" filed on June 21, 2006, is VACATED.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 10, 2006, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 9 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1596

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*Heidi Treiber v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-2292

## ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE SEPTEMBER 28, 2006 HEARING SESSION

A conditional transfer order was filed in this action (*Treiber*) on May 26, 2006. Prior to expiration of that order's 15-day stay of transmittal, defendant Dr. Thomas N. Thomas and plaintiff in *Treiber* filed notices of opposition to the proposed transfer and the subsequent motions and briefs to vacate the conditional transfer order. The Panel has now been advised that *Treiber* was remanded to the Circuit Court for the City of St. Louis, Missouri, by the Honorable Henry Edward Autrey in an order filed on August 25, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-51" filed on May 26 2006, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 10, 2006, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman