# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 31, 2006

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation
    MDL-1769 -- In re Seroquel Products Liability Litigation

*Wendell Collum v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-662
*Rose M. Ashburn v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-1326
*John C. Thigpen v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-1817
*Joseph Hernandez v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 4:06-1318
*Sheryl A. Franklin v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 4:06-1335
*Dorothy L. Cameron, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 4:06-1341
*Betsy B. Oean, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 4:06-1850

Dear Mr. Wieking:

I am enclosing certified copies of two orders filed today by the Panel involving the above-captioned matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Mecca S. Carter
Deputy Clerk

Enclosure

cc:   Transferee Judges: Judge Jack B. Weinstein; Judge Anne C. Conway
      Transferor Judges: Judge Samuel Conti; Judge William H. Alsup; Judge Sandra Brown Armstrong

JPML Form 87

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 1 2006

FILED
CLERK'S OFFICE

## DOCKET NOS. 1596 AND 1769

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1596 – IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*
*MDL-1769 – IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION*

    *Wendell Collum v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-662
    *Rose M. Ashburn v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-1326
    *John C. Thigpen v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-1817
    *Joseph Hernandez v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 4:06-1318
    *Sheryl A. Franklin v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 4:06-1335
    *Dorothy L. Cameron, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 4:06-1341

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    On August 2, 2006, the Panel filed an order conditionally i) transferring these six actions (*Collum, Ashburn, Thigpen, Hernandez, Franklin* and *Cameron*) to the Eastern District of New York in MDL-1596, ii) separating the Seroquel claims and remanding them to the Northern District of California, and iii) transferring the resulting Seroquel actions to the Middle District of Florida in MDL-1769.  Prior to the expiration of that order's 15-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer.  The Panel has now been advised, however, that these six actions were dismissed in the Northern District of California as follows: i) *Collum* was dismissed by the Honorable Samuel Conti in an order filed on August 29, 2006, ii) *Ashburn* and *Thigpen* were dismissed by the Honorable William Alsup in separate orders filed on August 28, 2006, and iii) *Hernandez, Franklin* and *Cameron* were dismissed by the Honorable Saundra B. Armstrong in an order filed on August 23, 2006.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-61" in MDL-1596 and as "CTO-3" in MDL-1769, filed on August 2, 2006, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 1 2006

FILED
CLERK'S OFFICE

## DOCKET NOS. 1596 AND 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL-1596 – IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION
### MDL-1769 – IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Betsy B. Oean, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 4:06-1850

## ORDER VACATING CONDITIONAL TRANSFER ORDER

On August 23, 2006, the Panel filed an order conditionally i) transferring this action (*Oean*) to the Eastern District of New York in MDL-1596, ii) separating the Seroquel claims and remanding them to the Northern District of California, and iii) transferring the resulting Seroquel action to the Middle District of Florida in MDL-1769. The Panel has now been advised, however, that *Oean* was dismissed in the Northern District of California by the Honorable Saundra B. Armstrong in an order filed on August 23, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-64" in MDL-1596 and as "CTO-6" in MDL-1769, filed on August 23, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel