IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ZYPREXA<br>PRODUCTS LIABILITY LITIGATION<br>-------------------------------------------------<br>THIS DOCUMENT RELATES TO:<br><br>*Ada Adair, et al. v. Eli Lilly & Co.* | MDL No. 1596<br><br><br><br>No. 1:06-CV-05291-JBW-RLM |

### STIPULATION OF DISMISSAL

NOW, on this ____ day of November, 2006, it is hereby STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that Plaintiffs Rose Elm and Javier Mora hereby dismiss their claims against Defendant, Eli Lilly and Company, in the above-referenced matter with prejudice. The parties will bear their own costs and counsel fees.

_____
Michael J. Miller, Esquire
J. Christopher Ide, Esquire
MILLER & ASSOCIATES
105 North Alfred Street
Alexandria, VA 22314
(703) 519-8080

*Attorney for Plaintiffs*

_____
Nina M. Gussack, Esquire
Mathew J. Hamilton, Esquire
April Denise Seabrook, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

and

Samuel J. Abate, Jr., Esq. (SA 0915)
McCarter & English, LLP
245 Park Avenue
New York, NY 10167

*Attorneys for Defendant Eli Lilly and Company*

**IT IS SO ORDERED,**

_____          _____
Jack B. Weinstein                                               Date
United States Senior District Court Judge