UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

In re: ZYPREXA PRODUCTS LIABILITY
LITIGATION

----------------------------------------------------X

THIS DOCUMENT RELATES TO:

ALL ACTIONS

----------------------------------------------------X

MDL No. 1596

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   DEC 2 9 2006   ★

P.M. _____
TIME A.M. _____

**ORDER TO SHOW CAUSE ISSUED TO
DAVID EGILMAN, M.D., M.P.H.**

It is hereby ORDERED that David Egilman show cause before this Court, via

teleconference, on December 28 2006, at 2 00 PM E.S.T. why an order should not be issued:

1.   Requiring Dr. Egilman's deposition within 5 days; and

2.   Requiring Dr. Egilman to immediately preserve, and produce, prior to his

deposition, all documents (including hardcopy documents, emails, e-documents, and voice mails)

that refer or relate to his obligations under CMO-3, CMO-10, and CMO-11; his receipt of

documents produced by Lilly subject to the protective orders in this case; his receipt of

information about these documents; communications he had with anyone relating to these

documents, including, *inter alia*, dissemination of or discussions relating to the documents; and

prior orders of contempt or sanctions, in any case, relating to his failure to abide by any order in

such case.

SO ORDERED

Hon. Jack B. Weinstein
Senior District Judge

Dated: December 26, 2006
Brooklyn, New York

TOTAL P.05