FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 0 3 2007 ★

BROOKLYN OFFICE

04 MD 1596

Subject: Supplemental Information Re: Gottstein Compliance

Master Woodin,

In the filing submitted to you yesterday regarding Mr. Gottstein's compliance with Judge Cogan's Order, we omitted two items, and I appreciate Mr. Fahey drawing this to my attention.

First, I inadvertently failed to include addresses for those listed in section 7 of the response, although Mr. Gottstein had timely compiled and forwarded them to me.

Second, with regard to when the documents were provided to the listed recipients, as Mr. Gottstein indicates in his certificate, he cannot be completely certain as to every individual. However, he informed me before leaving today on a long-scheduled trip with his family that to the best of his knowledge and recollection, all copies of the "DVD 1" that he mailed or gave to those listed were sent or given on December 12, 2006, and most of the copies of "DVD 2" that he mailed or gave to those listed were sent or given on December 13, 2006.

At this point, Mr. Gottstein has taken the steps that he can to retrieve any copies of the Egilman documents he made available to others. Thank you for updating us on the responses of those he has contacted and directed to return documents to you. Before he left, I was able to confirm with Mr. Gottstein that no one on the list has informed him that they are refusing to return the Egilman documents.

I believe that addresses all pertinent matters, and I don't anticipate being in the office for the remainder of the afternoon. Happy holidays to all.

John McKay