

"Peter Woodin"
<pwoodin@jamsadr.com>
12/22/2006 04:32 PM

To &lt;Zainab_Ahmad@nyed.uscourts.gov&gt;
cc
bcc
Subject  FW: Return of Zyprexa documents

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 0 5 2007 ★

BROOKLYN OFFICE

*04 MD 1596 (JBW)*

Zainab -- FYI, re the return of documents.

-----Original Message-----
From: Peter Woodin [mailto:pwoodin@jamsadr.com]
Sent: Friday, December 22, 2006 4:31 PM
To: 'John McKay'; 'Fahey, Sean P.'; 'Brewster Jamieson'; 'Richard D. Meadow'; 'Evan Janush'; 'Bill Audet'; 'Andy Rogoff'
Cc: 'Jim Gottstein'
Subject: Return of Zyprexa documents

Dear Counsel:

In connection with the Order for Mandatory Injunction dated December 18, 2006, I write to update you concerning the return of documents that were produced by Eli Lilly and Company under CMO-3 and subsequently obtained and disseminated by James Gottstein, Esq.

On December 20th, Mr. Gottstein's counsel delivered 7 DVDs to Brewster Jamieson, Lilly's counsel in Anchorage. Mr. Jamieson sent those 7 DVDs to me by express mail, and I received them today.

In response to letters and emails sent by Mr. Gottstein to various individuals to whom he transmitted copies of the documents, I have received the following:

-       on December 20th, I received 2 DVDs from Grace Jackson with, as a cover letter, a printed copy of an email previously sent to me;

-       today, December 22nd, I received 1 DVD from Congressman Henry Waxman, with a cover letter.

I am attaching copies of the Jackson email and Waxman letter. I have permitted counsel for Lilly to make copies of the DVDs I have received so they can better identify exactly what documents were disseminated to which individuals.

Thank you,
Peter H. Woodin
Special Discovery Master

Peter H. Woodin
JAMS
280 Park Avenue, 28th Floor
New York, NY 10017
Tel: (212) 607-2736
Fax: (212) 972-0027
pwoodin@jamsadr.com



Zyprexa - Waxman ltr.pdf   Zyprexa - Jackson email.pdf

