UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re: ZYPREXA PRODUCTS LIABILITY  : MDL No. 1596
LITIGATION                                                          :
------------------------------------------------------X
THIS DOCUMENT RELATES TO:                 :
                                                                          :   ORDER FOR TEMPORARAY
ALL ACTIONS                                                 :   MANDATORY INJUNCTION
                                                                          :
------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 05 2007 ★
BROOKLYN OFFICE

Upon consent of members of the <u>In Re Zyprexa Product Liability Litigation</u> Plaintiffs' Steering Committee ("PSC"), Eli Lilly and Company, and all interested parties appearing before this Court, it is hereby

ORDERED that the Joint Motion for a Temporary Mandatory Injunction entered December 29, 2006 is extended to January 16, 2007, and the following individuals, entities, and organizations (and any related individuals, entities or organizations) who have received documents produced by Eli Lilly and Company (including all copies of any electronic documents, hard copy documents and CDs/DVDs) are hereby enjoined from further disseminating these documents: Terri Gottstein, Jerry Winchester, Dr. Peter Breggin, Dr. Grace Jackson, Dr. David Cohen, Bruce Whittington, Dr. Stephen Kruszewski, Laura Ziegler, Judi Chamberlin, Vera Sherav, Robert Whittaker, Will Hall, Eric Whalen (and www.joysoup.net), MindFreedom (and www.mindfreedom.org), the Alliance for Human Research Protection (and www.ahrp.org and www.ahrp.blogspot.com) and zyprexa.pbwiki.com. This temporary mandatory injunction further requires the removal of any such documents posted at any website; requires communication of this Order to anyone to whom these documents have already been disseminated, informing them of the terms of this Order; and enjoins the named individuals, organizations and entities from posting information to websites to facilitate dissemination of these documents.

This injunction shall remain in full force and effect until January 16, 2007, at which time the Honorable Jack B. Weinstein will hear further argument from the interested parties.

SO ORDERED

Hon. Jack B. Weinstein
United States District Judge

Dated: January 4, 2007
Brooklyn, New York