DATE 12/28/06

BEFORE JUDGE **WEINSTEIN**     AT 11:30   A.M/~~P.M~~

C/R ~~or ECR~~ R. Tolkin     MAG. _____

CIVIL CAUSE FOR ~~MOTION HEARING~~  OTSC

Docket Number 04 md 1596

Title: In Re - Zyprexa Litigation (as to Dr. Egilman)

(Pltff) (Deft.) _____ motion for _____

Appearances: For Pltff. - Nina Gussack

For ~~Deft~~. Dr. Egilman - Edward Hayes

___ Other _____

✓ Case called.
✓ Counsel for all sides present.
___ Counsel for _____ not present.
✓ Motion argued. ___ Motion Granted. ___ Motion Denied
___ Decision reserved.
✓ Order to be submitted by parties.
___ Case adjourned to _____ for _____
___ Other _____