UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

-------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 0 9 2007 ★

BROOKLYN OFFICE

ORDER

04-MDL-1596

JACK B. WEINSTEIN, United States District Judge:

A letter dated January 5, 2007 has been received from Ted Chabasinski, Esq., representing Judi Chamberlin and MindFreedom International. In the future, Mr. Chabasinski is directed to send a copy of any correspondence to the court to defendant Eli Lilly and the Plaintiffs' Steering Committee. Future communications to the court should normally be in the form of a motion or a brief.

The issues raised in this letter will be heard at the hearing now scheduled for January 16, 2007, at 2:00 p.m. E.S.T.

SO ORDERED.

_____
Hon. Jack B. Weinstein

Date:   January 5, 2007
        Brooklyn, N.Y.