UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

ORDER

-----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS                                     04-MD-01596 (JBW)

-----------------------------------------------------------x

JACK B. WEINSTEIN, United States District Judge:

    A letter has been received from the Miller Firm, representing plaintiffs with pending motions to remand, inquiring whether the deadline which the court had set for submission of supplemental briefs on the motions to remand, January 8, 2007, remains in effect despite the recently imposed thirty day suspension of Case Management Order No. 20. *See* Order of January 5, 2007.

    The deadline of January 8, 2007 for submission of supplemental briefs remains applicable.

SO ORDERED.

Hon Jack B. Weinstein

Date: January 5, 2007
Brooklyn, N.Y.

