grace jackson

| | |
|---|---|
| From: | grace jackson [gracejackson1@suddenlink.net] |
| Sent: | Tuesday, December 19, 2006 7:51 AM |
| To: | 'Jim Gottstein' |
| Cc: | 'mckay@alaska.net'; 'Peter Woodin'; 'EMJ@lanierlawfirm.com'; 'RDM@lanierlawfirm.com'; 'JamiesonB@LanePowell.com'; 'Faheys@pepperlaw.com' |
| Subject: | RE: Zyprexa Documents |

I am mailing these documents to Special Master Woodin via FED EX this morning. I have not opened any of the documents and possess no copies of them.
Grace E. Jackson, MD

-----Original Message-----
From: Jim Gottstein [mailto:jim.gottstein@psychrights.org]
Sent: Tuesday, December 19, 2006 2:10 AM
To: grace jackson
Cc: Jim Gottstein; mckay@alaska.net; Peter Woodin; EMJ@lanierlawfirm.com; RDM@lanierlawfirm.com; JamiesonB@LanePowell.com; Faheys@pepperlaw.com
Subject: Zyprexa Documents

Dear Dr. Jackson,

I mailed you DVD (or maybe two) with some documents on them pertaining to Zyprexa and have been orally ordered to have them returned to:

Special Master Peter H. Woodin
JAMS
280 Park Avenue, 28th Floor
New York, New York 10017

A copy of the proposed written order is posted at http://psychrights.org/States/Alaska/CaseXX/EilLilly/ProposedOrder.pdf with a comment about certain language which I strenuously disagree with and we are trying to get eliminated from the signed order. Regardless, please return the DVD, hard copies and any other copies to Special Master Woodin immediately. If you have not yet received it, please return it to Special Master Woodin when you do receive it. In addition, please ensure that no copies exist on your computer or any other computer equipment, or in any other format, website(s) or FTP site(s), or otherwise on the Internet.

There is a question in my mind that the court actually has jurisdiction over me to issue the order. I believe I came into the documents completely legally, but the consequences to me if I am wrong about the jurisdiction issue are severe, so I will very much appreciate your compliance with this request.

Note New E-mail Address

James B. (Jim) Gottstein, Esq.

Law Project for Psychiatric Rights

12/19/2006

406 G Street, Suite 206
Anchorage, Alaska 99501
USA
Phone: (907) 274-7686) Fax: (907) 274-9493
jim.gottstein[-at-]psychrights.org
http://psychrights.org/

**Psych Rights ®**
Law Project for
Psychiatric Rights

The Law Project for Psychiatric Rights is a public interest law firm devoted to the defense of people facing the horrors of unwarranted forced psychiatric drugging. We are further dedicated to exposing the truth about these drugs and the courts being misled into ordering people to be drugged and subjected to other brain and body damaging interventions against their will. Extensive information about this is available on our web site, http://psychrights.org/. Please donate generously. Our work is fueled with your IRS 501(c) tax deductible donations. Thank you for your ongoing help and support.

12/19/2006