DATE 1/17/07

BEFORE JUDGE **WEINSTEIN** AT 11:00 A.M/~~P.M.~~

C/R ~~or ECR~~ A. Sherman         MAG. _____

OTSC
CIVIL CAUSE FOR ~~MOTION HEARING~~

Docket Number 04 md 1596

Title: In Re - Zyprexa Litigation

(Pltff) (Deft.) _____ motion for _____

Appearances: For Pltff. _____

For Deft. Eli Lilly - Nina Gussack, Sean Fahey et al

Other John McKay, Alan Millstein et al

✓  Case called.
___ Counsel for all sides present.
___ Counsel for _____ not present.
___ Motion argued. ___ Motion Granted. ___ Motion Denied
___ Decision reserved.
___ Order to be submitted by _____.
___ Case adjourned to _____ for _____
✓  Other Hearing continues. Hearing ends. Additional briefs to be submitted.