DATE _____1/16/07_____

BEFORE JUDGE __Weinstein__    AT __4:00__ A.M./P.M.

C/R or ECR __A. Sherman__    MAG. _____

## CIVIL CAUSE FOR STATUS CONFERENCE

Docket Number __04 md 1596__

Title __In Re - Zyprexia Litigations__ vs _____

Appearances: For Pltff. _____

For Deft. __Eli Lilly - Nina Gussack et al__
__PSC - Tommy Pibrich et al__

Other: _____

✓ Case called.

____ Counsel for all parties present.

____ Counsel for _____ not present.

✓ Conference held.

____ Parties advised the Court that the case has been settled.

____ Discovery completed. ____ Discovery pending

____ Discovery to be completed by _____.

____ Next conference scheduled for _____.

____ Case marked ready for trial on _____.

____ Pre-trial order signed and given to parties.

____ Jury to be selected on _____.