DATE  1/16/07

BEFORE JUDGE **WEINSTEIN**           AT  2pm  A.M/**P.M.**

C/R ~~or ECR~~ A. Sherman            MAG. _____

## CIVIL CAUSE FOR ~~MOTION HEARING~~ OTSC

Docket Number 04 md 1596

Title: In Re - Zyprexa Litigation

(Pltff) (Deft.) _____ motion for permanent injunction

Appearances: For Pltff. _____

For Deft. Eli Lilly - Nina Gussack, Sean Fahey et al

Other John McKay; Alan Milstein et al

✓ Case called.

___ Counsel for all sides present.

___ Counsel for _____ not present.

✓ Motion argued. ___ Motion Granted. ___ Motion Denied

___ Decision reserved.

___ Order to be submitted by _____.

___ Case adjourned to _____ for _____

✓ Other Hearing ordered and begun. Hearing continued to 1/17/07 at 11am.