UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION       ORDER

-----------------------------------------------------------x

THIS DOCUMENT RELATES TO:
ALL ACTIONS       04-MDL-1596

-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 29 2007 ★
BROOKLYN OFFICE

JACK B. WEINSTEIN, Senior United States District Judge:

    A motion to declassify documents that are the subject of this court's preliminary injunction of January 4, 2007, and to modify the protective order under which those documents were classified, has been made by parties subject to the injunction. The parties shall arrange with case manager June Lowe, who can be reached at (718) 613-2525, to set a date for argument of this motion after the pending injunction proceedings, and related contempt actions, if any, have been completed.

    The brief filed in support of the motion will also be treated as a submission in the pending injunction proceedings.

SO ORDERED.

/s/ Jack B. Weinstein

Hon. Jack B. Weinstein

Date:   January 25, 2007
       Brooklyn, N.Y.

