# EDWARD W. HAYES, P.C.
ATTORNEYS-AT-LAW

RAE DOWNES KOSHETZ
Of Counsel
e-mail: rkoshetz@515law.com

515 Madison Avenue, 30th Floor
New York, New York 10022
TEL.: (212) 644-0303
FAX: (212) 644-4818
e-mail: ehayes@515Law.com

January 23, 2007

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 30 2007 ★
BROOKLYN OFFICE

VIA FACSIMILE 215-981-4307
Nina M. Gussack, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Re: Dr. David Egilman

04 MD 1596 (JBW)

Dear Ms. Gussack:

I represent Dr. David Egilman. If deposed in regard to the Zyprexa case, he will refuse to testify under the protection of the Fifth Amendment.

Thank you,

Sincerely,

Edward W. Hayes