# Pepper Hamilton LLP
## Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Nina M. Gussack
direct dial: 215-961-4950
gussackn@pepperlaw.com

January 25, 2007

**VIA FACSIMILE**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 30 2007 ★

BROOKLYN OFFICE

Honorable Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

04 md 1596 (JBW)

F+D

JW 1/25/07

Re:   *In re Zyprexa Products Liability Litigation*
       MDL 1596

Dear Judge Weinstein:

As the Court requested at the hearing on January 17, 2007, I advised counsel for Dr. Egilman that Lilly intended to proceed with a contempt motion again Dr. Egilman and seek those sanctions the Court deems appropriate, which may include both civil and criminal sanctions. I have received and have attached Dr. Egilman's counsel's letter advising that Dr Egilman, "if deposed in regard to the Zyprexa case, will refuse to testify under the protection of the Fifth Amendment." In light of Dr. Egilman's counsel's agreement that such a letter "will have the equivalence of his taking the Fifth for purposes of evidence" (January 17, 2007 Tr. at 250-51), Lilly will not be proceeding to take Dr. Egilman's deposition.

Respectfully,

Nina M. Gussack

NMG/lis
Attachment

cc:   Edward W. Hayes, Esquire
      Peter H. Woodin, Esquire