Case 1:04-md-01596-JBW-RLM   Document 1150   Filed 02/12/07   Page 1 of 1 PageID #: 9574

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: ZYPREXA                                    ORDER
PRODUCTS LIABILITY LITIGATION
                                                  04-MDL-1596
-----------------------------------------------------------x
```

FILED
IN CLERK'S OFFICE
FEB 1 2 2007
U.S. DISTRICT COURT E.D.N.Y
★ BROOKLYN OFFICE ★

JACK B. WEINSTEIN, Senior United States District Judge:

The motion of the U.S. Psychiatric Rehabilitation Association, Mental Health America, Consumers Union, former mental health commissioners, and individual mental health professionals to intervene and to contest confidentiality designations is denied without a decision on the merits because of its interference with pending injunction proceedings in 07-CV-0504 and 04-MDL-1596. Other motions for declassification have similarly been postponed until the outcome of pending proceedings. *See In re Zyprexa Prods. Liab. Litig.*, 2007 WL 203964 (E.D.N.Y. Jan. 25, 2007) (setting "date for argument of [declassification] motion after the pending injunction proceedings, and related contempt actions, if any, have been completed").

The motion may be renewed upon completion of the injunction proceedings and possible related contempt proceedings.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein

Date: February 8, 2007
      Brooklyn, N.Y.

