FILED
IN CLERK'S OFFICE
FEB 1 2 2007
U.S. DISTRICT COURT E.D.N.Y.
★ BROOKLYN OFFICE ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

AMENDED ORDER

----------------------------------------------------------x

THIS DOCUMENT RELATES TO:
ALL ACTIONS

04-MDL-1596

----------------------------------------------------------x

JACK B. WEINSTEIN, Senior United States District Judge:

A motion to declassify documents that are the subject of this court's preliminary injunction of January 4, 2007, and to modify the protective order under which those documents were classified, has been made by parties subject to the injunction. The parties may arrange with case manager June Lowe, who can be reached at (718) 613-2525, to set a date for argument of this motion after the pending injunction proceedings, and related contempt actions, if any, have been completed. The motion is denied with leave to renew.

The brief filed in support of the motion will also be treated as a submission in the pending injunction proceedings.

SO ORDERED.

/s/ Jack B. Weinstein
Hon. Jack B. Weinstein

Date: February 8, 2007
Brooklyn, N.Y.

