Case 1:04-md-01596-JBW-RLM   Document 1162   Filed 02/15/07   Page 1 of 1 PageID #: 10251

FILED
IN CLERK'S OFFICE
FEB 1 5 2007
U.S. DISTRICT COURT E.D.N.Y
★ BROOKLYN OFFICE ★

**The New York Times**
nytimes.com

February 13, 2007

# FDA Staffer Urges Scrutiny of Lilly Drug

**By REUTERS**

**Filed at 2:23 p.m. ET**

WASHINGTON (Reuters) - Eli Lilly and Co.'s antipsychotic medication Zyprexa carries risks that call for closer safety monitoring by the U.S. Food and Drug Administration, an FDA whistleblower told Congress on Tuesday.

FDA scientist Dr. David Graham said there were concerns about weight gain from Zyprexa and diabetes. Other antipsychotic medications also warrant closer scrutiny, he added.

Copyright 2007 Reuters Ltd.

Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Site Map