# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

5301 WISCONSIN AVENUE, N.W. • WASHINGTON, D.C. 20015-2015 • PH. 202.237.2727 • FAX 202.237.6131

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 0 6 2008 ★

BROOKLYN OFFICE

February 19, 2008

**BY HAND DELIVERY**

Hon. Jack B. Weinstein
Senior United States District Judge
United States District Court for the
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   March 3, 2008 hearing regarding application of
        Courtroom View Network in *In re Zyprexa*
        *Products Liability Litigation*, MDL No. 1596

Dear Judge Weinstein:

        This firm is principal outside counsel to Courtroom View Network ("CVN"). On
February 8, 2008, you entered an order in response to my letter-application of February 7,
2008 on behalf of CVN stating that the Court "will permit CVN to provide audio-visual
coverage of the March 20, 2008 hearing" in the above-captioned matter unless "an
interested party shows cause in writing on or before February 25, 2008." If an interested
party does object to CVN's coverage, the Court has scheduled a hearing on the order to
show cause to take place March 3, 2008.

        I have a longstanding obligation out of the country on March 3. Therefore, should
this hearing become necessary, I respectfully request that it either be rescheduled for
March 4, 5, or 7 (or any date the following week other than March 10, 2007); or, if the
hearing cannot be rescheduled, that the Court permit me to participate on CVN's behalf
by teleconference.

        I apologize for any inconvenience this request causes and very much appreciate
Your Honor's consideration.

Respectfully submitted,

*Jonathan Sherman*

Jonathan Sherman

cc:   Counsel for Defendant Eli Lilly
        Members of the Plaintiffs Steering Committee & Plaintiffs Executive Committee
        Plaintiffs' Liaison Counsel
        (by .PDF e-mail and U.S. Mail)