UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ORDER

In re: ZYPREXA PRODUCTS LIABILITY
LITIGATION

04-MD-1596 (JBW)

------------------------------------------------------------X

**Jack B. Weinstein, Senior United States District Judge:**

Defendant Eli Lilly and Company is directed to provide the court and the Special Master with a list of all personal injury cases related to Zyprexa filed in the Eastern District of New York that are not included in groups scheduled for trial. This list shall be provided on or before April 7, 2008.

The Special Master shall place these cases in groups for trial purposes and direct a discovery schedule.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: March 20, 2008
Brooklyn, New York

