### Audet & Partners, LLP
Counselors-at-Law

221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Toll-Free: 800.965.1461
Facsimile: 415.568.2556
www.audetlaw.com

August 31, 2010

**_Via ECF and FedEx_**
Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *In re Zyprexa Products Liability Litigation*
              MDL No. 1596

Dear Judge Weinstein:

    This letter confirms that Zyprexa PSC II Executive Committee member William Audet's law firm, Audet & Partners, LLP has, per the request of the Court, sent a letter to *pro se* plaintiff Edward Richardson, offering assistance and/or information regarding his claims against Eli Lilly & Company.

    A redacted copy of the letter to Mr. Richardson, who is incarcerated at the Great Meadows Correctional Facility in Comstock, New York, is enclosed. If the Court should have any further questions, or require any additional assistance in this or any other matter, I am readily available.

                                                Very truly yours,
                                                AUDET & PARTNERS, LLP

                                                Joshua C. Ezrin
                                                On behalf of Executive Committee
                                                Member William Audet

Enclosure

# Audet & Partners, LLP
Counselors-at-Law

221 MAIN STREET, SUITE 1460
SAN FRANCISCO CA 94105
TELEPHONE: 415.568.2555
TOLL-FREE: 800.965.1461
FACSIMILE: 415.568.2556
www.audetlaw.com

August 31, 2010

*Via First Class Mail*
Edward Richardson #09-B-1025
Great Meadows Corr. Facility
Box 51
Comstock, NY 12821-0051

Re: *In re Zyprexa Products Liability Litigation*
MDL No. 1596

Dear Mr. Richardson:

We received your letter to the Court Clerk requesting assistance regarding the above-referenced litigation. Our office serves as the Plaintiffs' Liaison Counsel in this case and we are happy to help provide you with any pertinent information.

Please feel free to contact me with any questions.

Very truly yours,
AUDET & PARTNERS, LLP

Joshua C. Ezrin
Attorney