UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION |
|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS |

04-MD-1596

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ DEC 15 2010
BROOKLYN OFFICE

**ORDER**

**JACK B. WEINSTEIN, Senior United States District Judge:**

Plaintiff's Steering Committee I shall within thirty days report on the status of moneys paid by defendant Eli Lilly and Company to settle claims brought under its oversight that remain undisbursed. How is it proposed to dispose of these funds? Does Eli Lilly retain any reversionary interests? May the funds be used to reimburse Plaintiffs' Steering Committee II?

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: December 14, 2010
Brooklyn, New York