UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re: ZYPREXA PRODUCTS LIABILITY : MDL No. 1596 (JBW)
LITIGATION :
-------------------------------------------------------X

COREY FORD O/B/O ESTATE OF :
THERESA CHAPMAN, :
: 05-CV-4692
Plaintiff, :
:
v. :
:
ELI LILLY AND COMPANY, :
:
Defendant. :
-------------------------------------------------------X

## ORDER

Upon consideration of Defendant Eli Lilly and Company's Motion to Dismiss under FED. R. CIV. P. 37 and 41, it is hereby **ORDERED** that the motion is granted and judgment is entered in Defendant's favor against Plaintiff Corey Ford on behalf of the Estate of Theresa Chapman. *No costs n disbursements.*

SO ORDERED

Judge Jack B. Weinstein

Dated: 7/27, 2011
Brooklyn, New York