UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re: ZYPREXA PRODUCTS LIABILITY          :    MDL No. 1596
LITIGATION                                                   :
-----------------------------------------------------------X

LORETTA RODDY,                                          :

      Plaintiff,                                    :    11-CV-00694-JBW-RLM

v.                                                                  :

ELI LILLY AND COMPANY,                            :

      Defendant.                                :

-----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUL 2 8 2011 ★

**BROOKLYN OFFICE**

## ORDER

Upon consideration of Defendant Eli Lilly and Company's Amended Motion to Dismiss under FED. R. CIV. P. 41, it is hereby **ORDERED** that the motion is granted and judgment is entered in Defendant's favor against Plaintiff Loretta Roddy *for failure to prosecute and on the merits. No costs or disbursements*

**SO ORDERED.**

_____
Judge Jack B. Weinstein

Dated: 7/27, _____, 2011
Brooklyn, New York