UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re: ZYPREXA PRODUCTS LIABILITY : MDL No. 1596 (JBW)
LITIGATION :
-----------------------------------------------------------X
FRED HARRIS, :
 :
    Plaintiff, : 06-CV-3481
 :
v. :
 :
ELI LILLY AND COMPANY, :
 :
    Defendant. :
 :
-----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ JUL 2 8 2011 ★
BROOKLYN OFFICE

## ORDER

Upon consideration of Defendant Eli Lilly and Company's Motion to Dismiss under FED. R. CIV. P. 37 and 41, it is hereby **ORDERED** that the motion is granted and judgment is entered in Defendant's favor against Plaintiff Fred Harris. *No costs or disbursements.*

SO ORDERED.

_____
Judge Jack B. Weinstein

Dated: 7/27, _____, 2011
Brooklyn, New York

