UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ZYPREXA PRODUCTS LIABILITY LITIGATION | **ORDER**<br>04-MD-1596 |
| UFCW LOCAL 1776 AND PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND, ERIC TAYAG, and MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>ELI LILLY & COMPANY,<br><br>Defendant. | 05-CV-2948<br>05-CV-4115 |
| LOCAL 28 SHEET METAL WORKERS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>ELI LILLY & COMPANY,<br><br>Defendant. | 06-CV-0021 |
| SERGEANTS BENEVOLENT ASSOCIATION HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>ELI LILLY & COMPANY,<br><br>Defendant. | 06-CV-6322 |

JACK B. WEINSTEIN, United States District Judge:

The Clerk of Court shall issue a new docket number for the following action, without requiring payment of fees:

1. Participating Employers Health and Welfare Fund v. Eli Lilly & Co., 04-MD-1596, 11-CV-___ 11 CV 6157 (JBW)(RLM)

This case shall proceed as an individual action and is deemed to have commenced when the original class action was filed. All papers in Nos. 04-MD-1596, 05-CV-2948, 05-CV-4115, 06-CV-0021, and 06-CV-6322 are deemed to be in this new file.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: December 19, 2011
Brooklyn, New York