UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION | 04-MD-1596 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **ORDER** |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 16 2012 ★

BROOKLYN OFFICE

This case and all Zyprexa cases are closed.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: November 14, 2012
Brooklyn, New York

