**United States District Court**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

JACK B. WEINSTEIN
SENIOR JUDGE

September 17, 2014

Don Mincey
4621 Lanier Dr.
Savannah, GA 31405

Dear Mr. Mincey:

    The Court has received your letter of August 23, 2014. The Agent Orange case is now closed and the Settlement Fund has been fully distributed. There is nothing I can do. You may be able to receive assistance from the Veterans Administration or one of the veterans groups or government agencies assisting veterans and their families.

    Further inquiries may be sent to:

>Director, Administrative Service
>Board of Veterans' Appeals
>811 Vermont Avenue, NW
>Washington, DC 20420

    Please accept my best wishes for the future.

Sincerely yours

Jack B. Weinstein
Senior U.S. District Judge