**United States District Court**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

JACK B. WEINSTEIN
SENIOR JUDGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 17 2014 ★

BROOKLYN OFFICE

September 29, 2014

Don Mincey
4621 Lanier Dr.
Savannah, GA 31405

04 md 1596

Dear Mr. Mincey:

    Please excuse me for inadvertently sending you a letter responding to an Agent Orange case. Your letter which referred to Zyprexa, should have read, "Thank you for your letter of August 23, 2014. The case you refer to is closed."

Sincerely yours,

Jean Capobianco for
Jack Weinstein
Senior U. S. District Judge